IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>VS.<br><br>KEATRON L. WALLS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CR. NO. 19-20126<br>)<br>)<br>)<br>)<br>) |

## VERDICT

We, the jury, on the charge in the indictment for our verdict say:

We find the defendant, KEATRON L. WALLS, as to Count 1
(kidnapping of F.O. from Tennessee to Mississippi)

_____.

(Guilty)    or    ((Not Guilty))

We find the defendant KEATRON L. WALLS, as to Count 2
(kidnapping of F.O. from Mississippi to Tennessee)

_____.

(Guilty)    or    ((Not Guilty))

20

We find the defendant KEATRON L. WALLS, as to Count 3 (kidnapping of F.O. from Tennessee to Mississippi)

_____.

(Guilty)     or     (**Not Guilty**)

We find the defendant KEATRON WALLS, as to Count 5, (interstate stalking)

_____.

(**Guilty**)     or     (Not Guilty)

If you find the defendant guilty on Count 5, you must also answer the following questions:

1. Has the government proved beyond a reasonable doubt that the defendant's acts resulted in serious bodily injury?  ✓ Yes  ___ No

2. Has the government proved beyond a reasonable doubt that the defendant used a dangerous weapon during the offense?  ✓ Yes  ___ No

3. Has the government proved beyond a reasonable doubt that the defendant's acts resulted in permanent disfigurement?  ✓ Yes  ___ No

If you entered a verdict of Guilty as to Count 5, then proceed to Count 6,

If you entered a verdict of Not Guilty as to Count 5, then enter a verdict of Not Guilty as to Count 6 and proceed to Count 7.

21

As to Count 6:

    We find the defendant, KEATRON L. WALLS, as to Count 6
(carry or use of a firearm during and in relation to interstate stalking)

_____.
((Guilty))     or     (Not Guilty)

If you find the defendant not guilty of Count 6, proceed to consider Count 7.

If you find the defendant guilty of Count 6, then further answer the following questions:

    During the course of committing interstate stalking, as charged in Count 5, the defendant

Brandished a firearm - (Yes) or No?  YES
Discharged a firearm - (Yes) or No?  YES

    We find the defendant, KEATRON L. WALLS, as to Count 7
(kidnapping of F.O. from Tennessee to Mississippi)

_____.
((Guilty))     or     (Not Guilty)

    We find the defendant, KEATRON L. WALLS, as to Count 8
(kidnapping of C.W. from Tennessee to Mississippi)

_____.
((Guilty))     or     (Not Guilty)

We find the defendant, KEATRON L. WALLS, as to Count 9 (kidnapping F.O. from Mississippi to Tennessee)



((Guilty))   or   (Not Guilty)

We find the defendant KEATRON L. WALLS, as to Count 10 (kidnapping F.O. and C.W. from Mississippi to Tennessee)



((Guilty))   or   (Not Guilty)

*Richard Thornton*
PRESIDING JUROR

4/5/2022
DATE